**Walter Erikson, Plaintiff-Appellant, v. Samuel Woodall and Vearla M. Woodall, Defendants-Appellees.**

**Gen. No. 53,437.**

First District, Second Division.
September 30, 1969.

Edward F. Lekan, of Park Ridge, for appellant; no brief for appellees. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.